IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00007-DDD-KLM

COE J. KUNZ, and
MAGAN M. KUNZ,

     Petitioners,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Petitioners' **Petition to Quash Summons** [#1] (the "Petition").  Given the subsequent filing of Petitioners' Rule 41(a)(1)(A) Notice of Dismissal [#13],

     IT IS HEREBY **ORDERED** that the Petition [#1] is **DENIED as moot**.

     Dated:  April 4, 2022